October 6, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

## IN THE MATTER OF M.A.B.

NO. 14-15-01062-CV

_____

Today the Court heard its own motion to dismiss the appeal from the order signed by the court below on November 5, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.